■ In the Matter of KATHI A. KASSOVER, Respondent, v JULIUS KASSOVER, Appellant.—Order of the Surrogate's Court, Nassau County, dated August 17, 1984, affirmed, with costs payable personally by appellant, for reasons stated by Surrogate Radigan. Lazer, J. P., Bracken, Brown and Lawrence, JJ., concur.